

Eckert Seamans Cherin & Mellott, LLC  TEL: 202 659 6600
1717 Pennsylvania Avenue, N.W.  FAX: 202 659 6699
12th Floor
Washington, D.C. 20006

Asha Brownlee
(202) 659-6680
abrownlee@eckertseamans.com

May 5, 2026

**VIA ELECTRONIC CASE FILING**

Hon. Theodore Chuang
United States District Judge
U.S. District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane,
Greenbelt, Maryland 20770

Re:    *Katharine Humphreys v. U.S. Fertility, LLC*, Case No.: 8:26-cv-01677-TDC
        Notice of Intent to File Motion to Dismiss

Dear Hon. Judge Chuang:

Per the Court's Case Management Order dated April 30, 2026 (ECF No. 6), Defendant U.S. Fertility, LLC ("U.S. Fertility" or "Defendant") respectfully submits this letter as U.S. Fertility's Notice of Intent to File a Partial Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A Partial Motion to Dismiss is appropriate because Count VII of the Complaint filed by Plaintiff Katharine Humphreys ("Plaintiff") fails to state a claim upon which relief may be granted. On May 5, 2026, counsel for Defendant U.S. Fertility, LLC and counsel for Plaintiff conferred via video conference regarding Defendant's intent to file a partial motion to dismiss. The parties were unable to resolve the issue without a motion.

## I.    DESCRIPTION OF MOTION

Plaintiff, a former employee of Defendant U.S. Fertility, filed this action asserting multiple claims arising from her employment, including alleged violations of the Maryland Wage Payment and Collection Law, the Maryland Minimum Wage Law, the Maryland Fair Employment Practices Act ("MFEPA"), and the Family and Medical Leave Act ("FMLA"). As relevant here, Plaintiff asserts a claim for hostile work environment under MFEPA based on allegations that Defendant assigned her additional work, subjected her to increased scrutiny, and encouraged her isolation in the workplace.

U.S. Fertility requests permission to file a partial motion to dismiss Count VII of the Complaint for failure to state a claim upon which relief can be granted. As explained below, the Complaint does not allege sufficient facts to plausibly establish that Plaintiff was subjected to unwelcome or harassing conduct, or that any such conduct occurred because of her disability, as



Hon. Theodore Chuang
May 5, 2026
Page 2

required under governing law. As such, Plaintiff failed to satisfy the pleading standards set forth in Fed. R. Civ. P. 8, *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

## II.    SUMMARY OF FACTUAL AND LEGAL GROUNDS FOR MOTION

U.S. Fertility seeks leave to file a partial motion to dismiss Count VII of the Complaint, which asserts a claim for hostile work environment under the MFEPA. Even accepting Plaintiff's allegations as true, the Complaint does not allege sufficient facts to state a plausible claim for relief under Federal Rule of Civil Procedure 8.

Plaintiff does not allege facts showing that she was subjected to unwelcome or harassing conduct. Although she characterizes Defendant's actions as "unwanted," she does not allege that she communicated any objection to the alleged conduct or that Defendant was otherwise on notice of any purported harassment. *See Strothers v. City of Laurel, Maryland*, 895 F.3d 317, 328-29 (4th Cir. 2018). Instead, the allegations concern work assignments, supervision, and workplace interactions, which do not, standing alone, constitute actionable harassment. *See Decoster v. Becerra*, 119 F.4th 332, 339 (4th Cir. 2024).

The Complaint also does not plausibly allege that any of the challenged conduct occurred *because of* Plaintiff's disability. It does not identify any statements or conduct suggesting discriminatory animus and instead relies on conclusory assertions that Defendant's actions were "motivated" by her disability. Such allegations, without supporting factual detail, are insufficient to state a claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Fierce v. Burwell*, 101 F. Supp. 3d 543, 555 (D. Md. 2015).

For the above stated reasons, U.S. Fertility respectfully leave to file a partial motion to dismiss pursuant to Rule 12(b)(6). Thank you for the Court's consideration, and Defendant looks forward to addressing these issues at the Pre-Motion Conference.

Sincerely:

/s/*Asha Brownlee*_____
Asha Brownlee
Jeffrey Larroca

cc:    Abbas S. Sadiq, Esq. (via CM/ECF)