# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | | |
|---|---|---|
| Katharine Humphreys, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 8:26-cv-01677-TDC |
| U.S. Fertility, LLC, | * | |
| Defendant. | * | |

## DEFENDANT'S REMOVAL STATEMENT

In accordance with Amended Standing Order 2021-13 of the United States District Court for the District of Maryland, entered on April 24, 2024, Defendant U.S. Fertility, LLC ("U.S. Fertility" or "Defendant") states:

1. On March 13, 2026, Plaintiff filed this action in the Circuit Court for Montgomery County, Maryland (Case No. C-15-CV-26-001464), asserting various federal and state law claims. On April 1, 2026, undersigned counsel accepted service of the Summons and Complaint on behalf of Defendant.

2. This action was not removed on the basis of diversity jurisdiction.

3. Defendant removed this action within thirty (30) days of accepting service of the Summons and Complaint.

4. U.S. Fertility is the only defendant named in this action.

Dated: May 12, 2026                          Respectfully submitted,

                                             /s/ Jeffrey Larroca
                                             Jeffrey Larroca, Bar No. 22735

Asha Brownlee, Bar No. 32173
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
Suite 1200
Washington, DC  20006
Telephone:  202-659-6646
Facsimile:  202-659-6699
JLarroca@eckertseamans.com
ABrownlee@eckertseamans.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a copy of the foregoing Removal Statement was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey Larroca
Jeffrey Larroca