# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

KATHERINE HUMPHREYS,

    Plaintiff,

    v.

U.S. FERTILITY, LLC,

    Defendant.

Civil Action No. 26-1677-TDC

## ORDER

For the reasons stated during the May 21, 2026 Case Management Conference, it is hereby

ORDERED that:

1. Plaintiff shall file any Amended Complaint by **Friday, June 12, 2026**.

2. Defendant is granted leave to file the Partial Motion to Dismiss proposed in ECF No. **7** by **Friday, June 26, 2026**.

3. Plaintiff may file a memorandum in opposition to the Motion by **Friday, July 10, 2026**.

4. Defendant may file any reply brief by **Friday, July 24, 2026**.

5. The Court will issue a scheduling order for discovery that will proceed during the pendency of Defendants' Motion.

Date: May **21**, 2026

THEODORE D. CHUANG
United States District Judge