# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Southern Division

| | | |
|---|---|---|
| Katharine Humphreys, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 8:26-cv-01677-TDC |
| U.S. Fertility, LLC, | * | |
| Defendant. | * | |

## INITIAL JOINT STATUS REPORT

Plaintiff, Katharine Humphreys, and Defendant, US Fertility, LLC, by and through their respective undersigned attorneys, and pursuant to this Court's Scheduling Order [ECF 13], hereby file this Joint Status Report, stating as follows:

1. The parties do not request a modification of the Scheduling Order at this time.

2. The parties do not consent to transfer this case to a United States Magistrate Judge for all further proceedings on the merits.

3. The parties are in settlement discussions and are amenable to post-discovery mediation.

4. The parties anticipate exchanging written discovery, conducting depositions of fact witnesses, and issuance of subpoenas to third-parties.

5. The parties do not request a telephone Case Management Conference. .

Dated: June 1, 2026

Respectfully submitted,

/s/ Jeffrey Larroca
Jeffrey Larroca, Bar No. 22735
Asha Brownlee, Bar No. 32173
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
Suite 1200

Washington, DC  20006
Telephone:  202-659-6646
Facsimile:  202-659-6699
JLarroca@eckertseamans.com
ABrownlee@eckertseamans.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1 , 2026, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeffrey Larroca
Jeffrey Larroca