**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KATHARINE HUMPHREYS** | * | |
| *Plaintiff* | * | **Case No: 8:26cv-01677-TDC** |
| *v.* | * | |
| **U.S. FERTILITY, LLC** | * | |
| *Defendant.* | * | |

***************************************************************************

# ORDER

Upon consideration of Plaintiff's Motion for Leave to File Opposition to Defendant's Partial Motion to Dismiss Out of Time, and any response thereto, it is this ___ day of ____________, 2026, by the United States District Court for the District of Maryland,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Opposition to Defendant's Partial Motion to Dismiss, submitted contemporaneously with the Motion, shall be deemed timely filed as of the date of this Order and considered by the Court in ruling on Defendant's Partial Motion to Dismiss; and it is further

SO ORDERED.

_________________________ Date

_____________________________ United States District Judge