**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| Katharine Humphreys, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 8:26-cv-01677-TDC |
| U.S. Fertility, LLC, | * | |
| Defendant. | * | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINES**

Plaintiff and Defendant (collectively, the "Parties") move to modify the current Scheduling Order in this matter (ECF No. 13) by extending the discovery deadline through December 4, 2026. Good cause exists because the Parties are actively engaged in discovery and require additional time to complete written discovery, review document productions, and conduct necessary follow-up discovery. The Parties therefore request that the Court extend the discovery deadline and related deadlines as detailed below.

**ARGUMENT**

Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); *see Innovative Therapies, Inc. v. Meents*, 302 F.R.D. 364, 382 (D. Md. 2014) ("'Good cause' is shown when the moving party demonstrates that the scheduling order deadlines cannot be met despite its diligent efforts."). Good cause exists here.

The Parties have diligently pursued discovery and are continuing to exchange and review discovery materials. In response to Plaintiff's document production, the Parties met and conferred regarding the scope and sufficiency of the production. The Parties are also continuing to review

the materials produced to date, assess whether supplemental production is necessary, and evaluate the need for additional discovery. *See Tribue v. Maryland*, No. CV 22-2732-BAH, 2026 WL 1847214, at *1-3 (D. Md. June 26, 2026) (finding good cause to extend discovery where ongoing discovery disputes and incomplete productions prevented the parties from reasonably meeting the existing deadline despite diligence).

Additionally, U.S. Fertility's responses to Plaintiff's written discovery are currently due on September 28, 2026, only one week before the October 5, 2026 discovery deadline. The current schedule therefore does not provide sufficient time for the Parties to review those responses and productions, evaluate whether additional discovery is necessary, and conduct any necessary follow-up discovery before the existing deadline. *See United Source One, Inc. v. Fells Point LLC*, No. 1:26-CV-00437-JMC, 2026 WL 1884277, at *2 (D. Md. July 1, 2026) (extending the discovery period to permit the parties to conduct "necessary follow-up to discovery responses" where the scope of follow-up discovery could not be determined in advance).

Separately, Defendant's Partial Motion to Dismiss (ECF No. 16) and Plaintiff's Motion for Leave to File an Opposition Out of Time (ECF No. 19) remain pending. The Court's ruling on those motions may affect the claims and issues remaining in this action and, consequently, the additional discovery necessary. If the Court denies the Partial Motion to Dismiss, in whole or in part, the Parties may require additional time to conduct discovery concerning Plaintiff's hostile work environment claim.

Finally, the requested extension is sought jointly and in good faith, and not for purposes of delay or tactical advantage. Counsel for the Parties conferred on August 25, 2026, and agreed that additional time is necessary to complete discovery. *See Trader v. Savage*, No. CV 25-975-BAH, 2026 WL 1811525, *2-3 (D. Md. June 24, 2026) (finding good cause to extend discovery where

the parties agreed an extension was warranted, party depositions occurred near the close of discovery, and additional discovery remained outstanding). The requested extension will permit the Parties to complete the remaining written discovery and productions, review the materials exchanged, and pursue any necessary follow-up discovery in a reasonable manner.

WHEREFORE, for good cause shown, the Parties request that this Honorable Court grant this Motion and modify the Scheduling Order as set forth below:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and Responses | September 9, 2026 | November 9, 2026 |
| Completion of Discovery; Submission of Post-Discovery Joint Status Report | October 5, 2026 | December 4, 2026 |
| Requests for Admission | October 13, 2026 | December 13, 2026 |
| Notice of Intent to File a Pretrial Dispositive Motion | October 19, 2026 | December 18, 2026 |

Dated: August 31, 2026

Respectfully submitted,

*/s/ Jeffrey Larroca*
Jeffrey Larroca, Bar No. 22735
Asha Brownlee, Bar No. 32173
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
Telephone: 202-659-6646
Facsimile: 202-659-6699
JLarroca@eckertseamans.com
ABrownlee@eckertseamans.com

*Counsel for Defendant*

*/s/ Abbas S. Sadiq*
Abbas S. Sadiq, Bar No. 31831
Sadiq Law Group, LLC
555 Quince Orchard Rd
Suite 280
Gaithersburg, Maryland 20878
Telephone: 301-241-0110
abbas@sadiqlawgroup.com

*Counsel for Plaintiff*