**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | | |
|---|---|---|
| Katharine Humphreys, | * | |
| Plaintiff, | * | |
| vs. | * | Case No.: 8:26-cv-01677-TDC |
| U.S. Fertility, LLC, | * | |
| Defendant. | * | |

# ORDER

Upon consideration of the Parties' Joint Motion to Modify the Scheduling Order and Extend Discovery Deadlines, it is hereby ORDERED that:

1. The Parties' Motion is GRANTED; and that
2. The discovery deadlines shall be extended as follows:

| | |
|---|---|
| November 9, 2026 | Rule 26(e)(2) Supplementation of Disclosures and Responses |
| December 4, 2026 | Completion of Discovery; Submission of Post-Discovery Joint Status Report |
| December 13, 2026 | Requests for Admission |
| December 18, 2026 | Notice of Intent to File a Pretrial Dispositive Motion |

Dated: ________________

________________________________
Judge, U.S. District Court for the District
Of Maryland